# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. SIMON, et al., ) | NO. 1:10-CV-00597 AWI JLT |
| Plaintiff, ) | ORDER REOPENING CASE |
| v. ) | [Document # *21*] |
| MDC CREDIT CORP., f/k/a MIDCOAST CREDIT CORPORATION, a New York corporation, et al., ) ) ) | |
| Defendants. ) | |

On November 29, 2010, the court signed an Order closing the case. Upon an administrative review of the docket, the court has discovered that only BLUEJAY MANAGEMENT, LLC and JESIMON RANCH, INC., are dismissed from this case. All remaining defendants are still a party to this action.

Accordingly, the court's November 29, 2010 Order closing the case, is vacated.

IT IS SO ORDERED.

Dated:   November 30, 2010                                   _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE